IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 11-17508 |
| Pulliam, Benjamin C. | ) | Chapter 7 Case |
| Pulliam, Dianne | | |
| Debtor(s). | ) | Judge Morgenstern-Clarren |

**TRUSTEE'S FINAL REPORT (TFR) WITH RESERVATION OF ASSET**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 08/29/2011. The undersigned trustee was appointed on 08/29/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. With the exception of the pending claim against Lloyd Ward, P.C., all scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. The Trustee will continue efforts settle the estate's claim against Lloyd Ward, P.C. and same is not abandoned by the estate. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    5,989.32

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim Disbursement | 0.00 |
| Administrative expenses | 17.15 |
| Bank service fees | 407.86 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 730.53 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of¹   $ | 4,833.78 |

The remaining funds are available for distribution.

---
¹ The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/17/2012 and the deadline for filing governmental claims was 02/25/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,275.88 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,275.88 , for a total compensation of $ 1,275.88 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 66.99 , for total expenses of $ 66.99 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/18/2015   By:/s/LAUREN A. HELBLING
                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# Exhibit A
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 11-17508 MOR Judge: PAT E. MORGENSTERN-CLARREN
Case Name: PULLIAM, BENJAMIN C
PULLIAM, DIANNE
For Period Ending: 12/18/15

Trustee Name: LAUREN A. HELBLING
Date Filed (f) or Converted (c): 08/29/11 (f)
341(a) Meeting Date: 10/03/11
Claims Bar Date: 01/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors' residence loacated at 5538 Oakwood Ave., | 83,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand | 4.00 | 0.00 | | 0.00 | FA |
| 3. Key Bank checking account balance of $2.21 offset by balance due on reserve account | 2.21 | 0.00 | | 0.00 | FA |
| 4. Ohio Savings Bank checking account | 3.00 | 0.00 | | 0.00 | FA |
| 5. Household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing apparel | 600.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous jewelry | 600.00 | 0.00 | | 0.00 | FA |
| 8. American General whole life insurance policy. Hus | 1,114.43 | 0.00 | | 0.00 | FA |
| 9. Gerber term life insurance policy. Wife is owner, | 0.00 | 0.00 | | 0.00 | FA |
| 10. State Farm term life insurance policy. Husband is | 0.00 | 0.00 | | 0.00 | FA |
| 11. H&R Block 401K | 433.13 | 0.00 | | 0.00 | FA |
| 12. PERS | 60,000.00 | 0.00 | | 0.00 | FA |
| 13. SERS | 5,000.00 | 0.00 | | 0.00 | FA |
| 14. Potential refund from Noteworld hiring outside counsel to pursue related to asset to #20 | 6,000.00 | 0.00 | | 0.00 | FA |
| 15. 2008 Hyundai Sonanta GLS | 10,575.00 | 0.00 | | 0.00 | FA |
| 16. 1995 Nissan Sentra | 1,035.00 | 0.00 | | 0.00 | FA |
| 17. Preference Claim (u) Citibank (South Dakota) $3,967.87 amount is per motion to compromise | 0.00 | 3,217.00 | | 3,217.00 | FA |
| 18. Refunds-Income Tax (u) | 0.00 | 2,041.47 | | 2,772.00 | FA |
| 19. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.32 | FA |
| 20. Claim against Lloyd Ward, P.C. (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

LFORM1 UST Form 101-7-TFR (5/1/2011) (Page: 3)

Ver: 19.05a

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 11-17508 | MOR | Judge: PAT E. MORGENSTERN-CLARREN | | Trustee Name: | LAUREN A. HELBLING |
|---|---|---|---|---|---|---|
| Case Name: | PULLIAM, BENJAMIN C | | | | Date Filed (f) or Converted (c): | 08/29/11 (f) |
| | PULLIAM, DIANNE | | | | 341(a) Meeting Date: | 10/03/11 |
| | | | | | Claims Bar Date: | 01/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Trustee cannot estimate an amount beyond $1 due to pending litigation. ASSET RESERVED FOR FUTURE ADMINISTRATION AFTER TFR FILED PER COURT ORDER. | | | | | |
| TOTALS (Excluding Unknown Values) | $171,366.77 | $5,259.47 | | $5,989.32 | Gross Value of Remaining Assets $1.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order granting Motion to file final report and reserve an asset for the estate uploaded. September 17, 2015, 02:24 pm

Motion to file final report and reserve an asset for the estate filed. August 18, 2015, 12:31 pm

Please be advised that we are in the proceeds of trying to obtain default judgement against the entities. The action was stayed as to Lloyd Ward due to him filing bankruptcy but we have proceeded against the entities. We are waiting for the court to either reschedule a default hearing or allow us to submit proof of damages so that default can be entered without an oral hearing. The court had previous set a hearing but had to reschedule due to being in a trial. Katherine L. Keenan, Esq. 3/31/15

Request for status report e-mailed to attorney Katherine Keenan. April 23, 2015, 12:55 pm

Trustee's motion for default in the Common Pleas case was filed on 8/28/14 and is still pending. Court pushed back hearing re same due to a criminal trial. No new date set by Court as of today. December 29, 2014, 01:24 pm

Trustee's motion for default in the Common Pleas case was filed on 8/28/14 and is pending. September 18, 2014, 02:26 pm

Exhibit A
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No: | 11-17508   MOR   Judge: PAT E. MORGENSTERN-CLARREN | Trustee Name: LAUREN A. HELBLING |
| Case Name: | PULLIAM, BENJAMIN C | Date Filed (f) or Converted (c): 08/29/11 (f) |
| | PULLIAM, DIANNE | 341(a) Meeting Date: 10/03/11 |
| | | Claims Bar Date: 01/17/12 |

Lauren A. Helbling, Trustee v. Lloyd Ward, P.C., et al., Cuyahoga County Common Pleas Court Case No. CV-12-797787. TELEPHONE CONFERENCE SET FOR 07/16/2014 AT 02:30 PM. PLAINTIFF'S COUNSEL SHALL INITIATE CONFERENCE CALL WITH ALL OTHER COUNSEL AND THE COURT'S STAFF ATTORNEY AT 216-443-8601. July 10, 2014, 03:44 pm

The appeal is set for oral argument on Monday, February 24, 2014, 1:00 pm, in the Main Courtroom before: KATHLEEN ANN KEOUGH, MARY J. BOYLE, and MELODY J. STEWART. January 23, 2014, 11:46 am

E-mailed request for status report on Lloyd Ward's appeal to attorney Keenan. January 23, 2014, 10:17 am

Active litigation on the lawsuit. Discovery ongoing. 3/31/13

Claim against Lloyd Ward, P.C. for violations of the Ohio Debt Adjustment Companies Act, Ohio Credit Services Organization Act and the Federal Credit Repair Organizations Act proceeding. Co-counsel recently hired. Will follow up in 3 months. 1-2-13

Application to employ Brian Garvine as co-counsel to Katherine Keenan filed. November 21, 2012, 09:15 am

Affidavit of attorney Brian Garvine e-mailed to attorney Keenan. November 19, 2012, 10:38 am

Adversary complaint filed against Lloyd Ward, P.C. for violations of the Ohio Debt Adjustment Companies Act, Ohio Credit Services Organization Act and the Federal Credit Repair Organizations Act. 10/3/12

Claiming pending against Lloyd Ward, P.C. for violations of the Ohio Debt Adjustment Companies Act, Ohio Credit Services Organization Act and the Federal Credit Repair Organizations Act. 6/28/12

Application to employ Keenan as special counsel filed; e-mailed copy to her. June 18, 2012, 12:43 pm

Received signed affidavit and draft of fee agreement. Trustee made changes and executed the agreement. E-mail to attorney Keenan with fee agreement requesting approval and signature. June 15, 2012, 12:03 pm

Draft of application to employ, affidavit and order along with creditor list e-mailed to Katherine Keenan. June 08,

Exhibit A
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 11-17508 MOR Judge: PAT E. MORGENSTERN-CLARREN | Trustee Name: | LAUREN A. HELBLING |
| Case Name: | PULLIAM, BENJAMIN C | Date Filed (f) or Converted (c): | 08/29/11 (f) |
| | PULLIAM, DIANNE | 341(a) Meeting Date: | 10/03/11 |
| | | Claims Bar Date: | 01/17/12 |

2012, 03:05 pm

E-mail to Katherine Keenan of Luftman, Heck & Associates requesting attorney fee agreement. June 06, 2012, 10:52 am

Exemption check forwarded to debtors; cc to counsel. May 21, 2012, 12:48 pm

Amended notice of hearing on the motion for determination filed. May 04, 2012, 09:11 am

Waiting for order on motion to determine assets. March 30, 2012.

Fax to counsel with tax TO calculations. Motion for determination filed. March 27, 2012, 10:26 am

Motion for examination of debtors filed. March 26, 2012, 02:20 pm

Copy of motion, order granting same, executed settlement agreement and release and W-9 e-mailed to Citibank. January 16, 2012, 08:59 am

Order granting motion to comp uploaded. January 11, 2012, 02:24 pm

Motion to compromise controversy with Citibank, N.A. filed. Settlement $3,217.00. December 19, 2011, 11:05 am

Notice of application to hire LAH filed. November 22, 2011, 10:38 am

Application to employ LAH filed. November 18, 2011, 10:14 am

Fax to debtors' counsel for bank statements. Second request. November 07, 2011, 12:39 pm

Fax to debtors' counsel regarding Noteworld asset abandonment in exchange for Home Depot preference based on exemptions. October 07, 2011, 10:24 am

Preference demand letter forwarded to Citibank via certified mail; cc to counsel for Citibank. October 07, 2011, 10:20 am

# Exhibit A
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| Case No: | 11-17508 MOR Judge: PAT E. MORGENSTERN-CLARREN | Trustee Name: | LAUREN A. HELBLING |
| Case Name: | PULLIAM, BENJAMIN C | Date Filed (f) or Converted (c): | 08/29/11 (f) |
| | PULLIAM, DIANNE | 341(a) Meeting Date: | 10/03/11 |
| | | Claims Bar Date: | 01/17/12 |

Application for intercept forwarded to the IRS. October 07, 2011, 09:53 am

Trustee is pursuing funds on deposit, a preference and income tax refunds.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/15

/s/ LAUREN A. HELBLING          Date: 12/18/15
_____
LAUREN A. HELBLING

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-17508 -MOR
Case Name: PULLIAM, BENJAMIN C
PULLIAM, DIANNE
Taxpayer ID No: ******8574
For Period Ending: 12/18/15

Trustee Name: LAUREN A. HELBLING
Bank Name: Bank of Kansas City
Account Number / CD #: ******0233 Checking
Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/21/12 | | Trsf In From Bank of America | INITIAL WIRE TRANSFER IN | 9999-000 | 5,211.09 | | 5,211.09 |
| 10/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 1.92 | 5,209.17 |
| 11/15/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 5.96 | 5,203.21 |
| 12/14/12 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 5.76 | 5,197.45 |
| 01/07/13 | 010001 | Insurance Partners Agency, Inc. 26865 Center Ridge Road Westlake, OH 44145 | bond premium bond premium | 2300-000 | | 10.05 | 5,187.40 |
| 01/16/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 5.95 | 5,181.45 |
| 02/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 5.93 | 5,175.52 |
| 03/14/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 6.95 | 5,168.57 |
| 04/12/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 7.69 | 5,160.88 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEES | 2600-000 | | 10.00 | 5,150.88 |
| 05/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,140.88 |
| 06/28/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,130.88 |
| 07/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,120.88 |
| 08/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,110.88 |
| 09/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,100.88 |
| 10/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,090.88 |
| 11/29/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,080.88 |
| 12/21/13 | 010002 | Insurance Partners Agency, Inc. 26865 Center Ridge Rd Westlake, OH 44145 | | 2300-000 | | 7.10 | 5,073.78 |
| 12/31/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,063.78 |
| 01/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,053.78 |
| 02/28/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,043.78 |
| 03/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,033.78 |
| 04/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,023.78 |
| 05/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,013.78 |

Page Subtotals    5,211.09    197.31

UST Form 101-7-TFR (5/1/2011) (Page: 8)

LFORM24    Ver. 19.05a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-17508 -MOR
Case Name: PULLIAM, BENJAMIN C
PULLIAM, DIANNE
Taxpayer ID No: ******8574
For Period Ending: 12/18/15

Trustee Name: LAUREN A. HELBLING
Bank Name: Bank of Kansas City
Account Number / CD #: ******0233  Checking
Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,003.78 |
| 07/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,993.78 |
| 08/29/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,983.78 |
| 09/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,973.78 |
| 10/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,963.78 |
| 11/28/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,953.78 |
| 12/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,943.78 |
| 01/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,933.78 |
| 02/27/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,923.78 |
| 03/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,913.78 |
| 04/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,903.78 |
| 05/29/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,893.78 |
| 06/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,883.78 |
| 07/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,873.78 |
| 08/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,863.78 |
| 09/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,853.78 |
| 10/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,843.78 |
| 11/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,833.78 |

COLUMN TOTALS    5,211.09    377.31    4,833.78
  Less: Bank Transfers/CD's    5,211.09    0.00
Subtotal    0.00    377.31
  Less: Payments to Debtors    0.00    0.00
Net    0.00    377.31

Page Subtotals    0.00    180.00

UST Form 101-7-TFR (5/1/2011) (Page: 9)    Ver: 19.05a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-17508 -MOR
Case Name: PULLIAM, BENJAMIN C
PULLIAM, DIANNE
Taxpayer ID No: ******8574
For Period Ending: 12/18/15

Trustee Name: LAUREN A. HELBLING
Bank Name: Bank of America
Account Number / CD #: ******4089 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | 17 | Citibank, NA | preference claim | 1241-000 | 3,217.00 | | 3,217.00 |
| 02/29/12 | 19 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,217.03 |
| 02/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 3.82 | 3,213.21 |
| 03/26/12 | 18 | United States Treasury | Tax Return | 1224-000 | 2,772.00 | | 5,985.21 |
| 03/30/12 | 19 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 5,985.24 |
| 03/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 4.29 | 5,980.95 |
| 04/30/12 | 19 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,981.00 |
| 04/30/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.60 | 5,973.40 |
| 05/21/12 | 000101 | Benjamin C. Pulliam Dianne Pulliam | exemption | 8100-002 | | 730.53 | 5,242.87 |
| 05/31/12 | 19 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,242.92 |
| 05/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 7.59 | 5,235.33 |
| 06/29/12 | 19 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,235.37 |
| 06/29/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 6.64 | 5,228.73 |
| 07/31/12 | 19 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.05 | | 5,228.78 |
| 07/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 6.86 | 5,221.92 |
| 08/31/12 | 19 | Bank of America | Interest Rate 0.010 | 1270-000 | 0.04 | | 5,221.96 |
| 08/31/12 | | Bank of America | BANK SERVICE FEE | 2600-000 | | 6.63 | 5,215.33 |
| 09/21/12 | 19 | Bank of America | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 5,215.36 |
| 09/21/12 | | Bank of America 901 MAIN ST 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 4.27 | 5,211.09 |
| 09/21/12 | | Trsf To Bank of Kansas City | FINAL TRANSFER | 9999-000 | | 5,211.09 | 0.00 |

Page Subtotals  5,989.32  5,989.32

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-17508 -MOR | | | Trustee Name: | LAUREN A. HELBLING | |
| Case Name: | PULLIAM, BENJAMIN C | | | Bank Name: | Bank of America | |
| | PULLIAM, DIANNE | | | Account Number / CD #: | ******4089 Money Market Account (Interest Earn | |
| Taxpayer ID No: | ******8574 | | | | | |
| For Period Ending: | 12/18/15 | | | Blanket Bond (per case limit): | $ 2,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 5,989.32 | 5,989.32 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 5,211.09 | |
| Subtotal | | 5,989.32 | 778.23 | |
| Less: Payments to Debtors | | | 730.53 | |
| Net | | 5,989.32 | 47.70 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********0233 | 0.00 | 377.31 | 4,833.78 |
| Money Market Account (Interest Earn - ********4089 | 5,989.32 | 47.70 | 0.00 |
| | 5,989.32 | 425.01 | 4,833.78 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 18, 2015

Case Number: 11-17508
Debtor Name: PULLIAM, BENJAMIN C
Claims Bar Date: 01/17/12

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 UC | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | Filed 10/11/11 | $0.00 | $6,709.18 | $6,709.18 |
| 000002 070 UC | CANDICA, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | Filed 10/12/11 | $0.00 | $2,172.65 | $2,172.65 |
| 000003 070 UC | Cleveland Division of Water 1201 Lakeside Ave Cleveland OH 44114-1132 | Unsecured | Filed 10/13/11 (3-1) unpaid compensation for services performed 06-09-11 to 08-29-11 (3-1) angela_irons@clevelandwater.com, 7295130000 | $0.00 | $484.28 | $484.28 |
| 000004 070 UC | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Unsecured | Filed 10/14/11 | $0.00 | $25,806.97 | $25,806.97 |
| 000005 070 UC | KeyBank,N.A P.O. Box 94968 Cleveland, Ohio 44101 | Unsecured | Filed 10/22/11 | $0.00 | $2,757.79 | $2,757.79 |
| 000006 070 UC | Quantum3 Group LLC as agent for World Financial Network National Bank PO Box 788 Kirkland, WA 98083-0788 | Unsecured | Filed 11/14/11 (6-1) Unsecured Debt | $0.00 | $583.93 | $583.93 |
| 000007 070 UC | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | Filed 01/05/12 | $0.00 | $1,805.84 | $1,805.84 |
| 000008 070 UC | eCast Settlement Corp. Bass & Associates, P.C. 3936 E. Ft. Lowell Rd, Suite 200 Tucson, AZ 85712 | Unsecured | Filed 01/10/12 | $0.00 | $59.85 | $59.85 |
| 9 025 TAF | Lauren A. Helbling | Administrative | | $0.00 | $447.50 | $447.50 |
| | Case Totals: | | | $0.00 | $40,827.99 | $40,827.99 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-17508 MOR
Case Name: PULLIAM, BENJAMIN C
PULLIAM, DIANNE
Trustee Name: LAUREN A. HELBLING

Balance on hand $ 4,833.78

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: LAUREN A. HELBLING | $ 1,275.88 | $ 0.00 | $ 1,275.88 |
| Trustee Expenses: LAUREN A. HELBLING | $ 66.99 | $ 0.00 | $ 66.99 |
| Attorney for Trustee Fees: Lauren A. Helbling | $ 447.50 | $ 0.00 | $ 447.50 |

Total to be paid for chapter 7 administrative expenses $ 1,790.37

Remaining Balance $ 3,043.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,380.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,709.18 | $ 0.00 | $ 505.66 |
| 000002 | CANDICA, LLC | $ 2,172.65 | $ 0.00 | $ 163.75 |
| 000003 | Cleveland Division of Water | $ 484.28 | $ 0.00 | $ 36.50 |
| 000004 | FIA CARD SERVICES, N.A. | $ 25,806.97 | $ 0.00 | $ 1,945.03 |
| 000005 | KeyBank,N.A | $ 2,757.79 | $ 0.00 | $ 207.85 |
| 000006 | Quantum3 Group LLC as agent for | $ 583.93 | $ 0.00 | $ 44.01 |
| 000007 | PYOD LLC its successors and assigns as assignee of | $ 1,805.84 | $ 0.00 | $ 136.10 |
| 000008 | eCast Settlement Corp. | $ 59.85 | $ 0.00 | $ 4.51 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,043.41 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE